267 U. S.   Cases Disposed of Without Consideration by the Court.

Court of Appeals of the State of Georgia denied. *Mr. M. B. Eubank* for petitioner. No appearance for respondent.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM JANUARY 13, 1925, TO AND INCLUDING APRIL 13, 1925.

No. 173. WALTER CARR *v.* A. ALEXSEN, MASTER, ET AL. Appeal from the District Court of the United States for the Eastern District of Virginia. January 14, 1925. Dismissed with costs, on motion of *Mr. J. C. Matthews. Mr. Harry K. Wolcott* and *Mr. Daniel Coleman* also appeared for the appellant. No appearance for appellee.

No. 131. ST. JOHNS ELECTRIC COMPANY *v.* CITY OF ST. AUGUSTINE, ETC., ET AL. Appeal from the District Court of the United States for the Southern District of Florida. January 19, 1925. Dismissed, per stipulation. *Mr. George C. Bedell* for appellant. No appearance for appellee.

No. 167. ST. JOHNS ELECTRIC COMPANY *v.* CITY OF ST. AUGUSTINE ET AL. Appeal from the District Court of the United States for the Southern District of Florida. January 19, 1925. Dismissed, per stipulation. *Mr. George C. Bedell* for appellant. *Mr. P. H. Odom* for appellee.

No. 211. R. V. MULLEN *v.* J. P. HURLEY ET AL. Appeal from the Circuit Court of Appeals for the Eighth Circuit. January 20, 1925. Dismissed with costs, pursuant to the 16th Rule, on motion of *Mr. H. L. Johnson* for appellees. *Mr. W. A. Chase* for appellant.

No. 340. UNITED STATES EX REL. HYMAN PATTON, ETC. *v.* TOD, AS COMMISSIONER OF IMMIGRATION. January 26,